### TAYLOR *v.* THE STATE.

The evidence disclosed beyond doubt the perpetration of a wanton, cruel and unprovoked murder, and warranted the jury in finding that there was a guilty participation in it by the accused on trial as a principal; the motion for a new trial, considered in connection with all the testimony and the charge of the court, presents no sufficient legal reason for setting the verdict aside; the request to charge was covered by the general charge given to the jury; and there was no error in refusing to grant a new trial.

October 21, 1895.

Indictment for murder. Before Judge Hardeman. Bibb superior court. April term, 1895.

*M. G. Bayne,* for plaintiff in error.

*J. M. Terrell, attorney-general,* and *W. H. Felton, Jr., solicitor-general,* contra.

LUMPKIN, Justice.

This case is not one requiring special or extended comment. Its determination depended almost entirely upon the evidence. That a wanton, cruel and unprovoked murder was committed is established beyond question, and there was sufficient evidence to warrant the jury in finding that the accused on trial participated therein as a principal.

We can find no legal reason for disturbing the verdict. There is nothing in any of the assignments of error which would justify us in so doing. The legal questions presented are not of sufficient weight or importance to require elaboration or discussion. On the whole, justice seems to have been done, and we therefore decline to set aside the judgment of the trial judge refusing to grant a new trial.

*Judgment affirmed.*